JOSEPH S. MULRONEY v. METAL SHELTER COMPANY.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM BROWN. THE PEOPLE OF THE STATE OF NEW YORK v. JEANETTE CHANDLER.— Motions granted. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ISADORE SCHWARTZ v. HYMAN LEVIN.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

HENRY C. SMITH v. JACOB KAHN and Others.— Application granted. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

PATRICK F. DIXON v. WILLIAM J. SHEARER. NELLIE D. O'CONNOR v. WILLIAM J. SHEARER.—Applications denied, with ten dollars costs. Orders signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

HARRY ERTISCHEK v. N. H. FIRE INSURANCE COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

PARK UNION HOLDING COMPANY v. JOSEPH C. HOAGLAND.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ROSALIND REALTY COMPANY v. WESTERN INSURANCE COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ANNIE VICTORIA v. MUSICAL PROTECTIVE UNION.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

MARK REIBNER v. JACOB SCHENCK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ISAAC ANSELOWITZ v. SAMUEL GREENSTEIN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

EMANUEL J. MYERS v. NATIONAL SURETY COMPANY.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

MARION CHENEY v. WILLIAM P. DUNHAM.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ROBERT HOLMES v. HUGH N. CAMP.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

OSCAR B. NEWHOUSE v. CROWN MILLS.—Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

CHARLES BROCK v. RUEL W. POOR. CHARLES BROCK v. RUEL W. POOR.—Motions denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.